No. D–351.  IN RE DISBARMENT OF HOFF.  Disbarment entered.  [For earlier order herein, see 462 U. S. 1102.]

No. D–352.  IN RE DISBARMENT OF ROSENBERG.  Disbarment entered.  [For earlier order herein, see 462 U. S. 1102.]

No. D–373.  IN RE DISBARMENT OF PERRI.  It is ordered that Daniel Christopher Perri, of Pensacola, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–374.  IN RE DISBARMENT OF MCGHEE.  It is ordered that Milton Lorenzo McGhee, of Sacramento, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–375.  IN RE DISBARMENT OF ITALIANO.  It is ordered that Thomas J. Italiano, of Parma, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–376.  IN RE DISBARMENT OF GOLDSTEIN.  It is ordered that George Edward Goldstein, of Pottstown, Pa., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–377.  IN RE DISBARMENT OF MANDEL.  It is ordered that David J. Mandel, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–378.  IN RE DISBARMENT OF LORENZO.  It is ordered that Samuel Lorenzo, of Sussex, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–379.  IN RE DISBARMENT OF GROSSMAN.  It is ordered that Neal L. Grossman, of Columbus, Ohio, be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.